**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| Sue Ratchford,<br><br>Plaintiff,<br><br>v.<br><br>Regions Financial Corporation and Regions Bank, a subsidiary of Regions Financial Corporation,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>4:18-cv-00103-HLM-WEJ |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the terms of the Settlement Agreement (Doc. 27-2, ¶4), and the Court's Order approving the same (Doc. 31), Plaintiff and Defendants stipulate to the dismissal with prejudice of this action and all claims asserted by Plaintiff this matter. Each party shall bear its own attorney's fees and costs, except as provided for by the Settlement Agreement (Doc. 27-2, §2) and the Court's Order approving the Plaintiffs' Unopposed Motion for Service Awards, Attorneys' Fees, and Litigation Expenses. (Doc. 31).

Respectfully submitted this 8th day of March, 2019.

| | |
|---|---|
| */s/ J. Cameron Tribble* | */s/ Daniel E. Turner* |
| Roy E. Barnes<br>GA Bar No. 039000<br>roy@barneslawgroup.com | Daniel E. Turner<br>GA Bar No. 719330<br>dturner@littler.com |

J. Cameron Tribble
GA Bar No. 754759
ctribble@barneslawgroup.com
BARNES LAW GROUP, LLC
31 Atlanta Street
Marietta, GA 30060
Telephone: 770-227-6375
Facsimile: 770-227-6373

R. Leslie Waycaster, Jr.
GA Bar No. 742500
leslie@waycaster-law.com
Timothy H. Allred
GA Bar No. 013195
tim@waycaster-law.com
R. LESLIE WAYCASTER, JR. P.C.
130 W. King Street
Dalton, GA 30720
Telephone: 706-226-0100

*Attorneys for Plaintiffs Kay Mitchell, Gina Nuckolls, Courtney Roberson, and Patty Becknell*

LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA 30326
Telephone: 404-233-0330
Facsimile: 404-233-2361

Steven Wright Likens
Admitted *pro hac vice*
slikens@littler.com
LITTLER MENDELSON, P.C.
3725 Champion Hills Drive, Suite 3000
Memphis, TN 38125
Telephone: 901-795-6695
Facsimile: 901-881-4333

*Attorneys for Defendant Regions Bank*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will send notice of the same to the following:

Daniel E. Turner, Esq.
dturner@littler.com
LITTLER MENDELSON, P.C.
3344 Peachtree Road N.E., Suite 1500
Atlanta, GA 30326
*Attorneys for Defendant*

Respectfully submitted this 8th of March, 2019.

**BARNES LAW GROUP, LLC**

*/s/ J. Cameron Tribble*
Roy E. Barnes, Esq.
GA Bar No. 039000
J. Cameron Tribble, Esq.
GA Bar No. 754759
31 Atlanta Street
Marietta, GA 30060
Telephone: 770-227.6375
roy@barneslawgroup.com
ctribble@barneslawgroup.com

**R. LESLIE WAYCASTER, JR P.C.**
**TIMOTHY H. ALLRED P.C.**

*/s/ R. Leslie Waycaster, Jr.*
R. Leslie Waycaster, Jr., Esq.
GA Bar No. 742500
Timothy H. Allred, Esq.
GA Bar No. 013195
130 W. King Street
Dalton, GA 30720
Telephone: 706-226-0100
leslie@waycaster-law.com
tim@waycaster-law.com

*Attorneys for Plaintiffs*